John BRENEMAN and William
D. Breneman, Plaintiffs–
Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 03–5156.

United States Court of Appeals,
Federal Circuit.

DECIDED: May 10, 2004.

William D. Breneman, Principal Attor-
ney, Breneman & Georges, Alexandria,
VA, pro se.

Stephanie Tai, Principal Attorney, De-
partment of Justice, Washington, DC,
Kristine S. Tardiff, of Counsel, Depart-
ment of Justice, Concord, NH, for Defen-
dant-Appellee.

Before MAYER, Chief Judge, MICHEL
and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.